UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRAEES HENDERSON,<br><br>　　　　　　Defendant. | Case No. CR24-172-LK<br><br>DETENTION ORDER |

Defendant Andraees Henderson is charged with controlled substances burglary, 18 U.S.C. § 2118(b). The Court held a detention hearing on October 8, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Henderson has a history of failure to appear and poses a serious flight risk.

2. Mr. Henderson stipulated to detention.

3. Mr. Henderson was not interviewed by Pretrial Services. Therefore, there is

DETENTION ORDER - 1

limited information available about him.

4. Mr. Henderson poses a risk of nonappearance due to alleged criminal activity while under supervision, history of failure to appear, history of noncompliance while on supervision, and lack of stable employment.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Henderson's appearance at future court hearings.

IT IS THEREFORE ORDERED:

(1) Mr. Henderson shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Henderson shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Henderson is confined shall deliver Mr. Henderson to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Henderson, to the United States Marshal, and to the United States Pretrial Services Officer.

//

//

DETENTION ORDER - 2

DATED this 9th day of October, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3