The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDRAEES HENDERSON, <br><br> Defendant. | NO. 2:24-cr-00172-RAJ <br><br> ORDER GRANTING UNOPPPOSED MOTION TO SEAL DOCUMENT |

THIS MATTER has come before the Court on the Government's Unopposed Motion to Seal Exhibit A to the United States' Motion In Limine to Exclude Medical Records. Dkt. 35. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibit A to the United States' Motion In Limine, due to the sensitive medical information contained therein.

IT IS HEREBY ORDERED that the Unopposed Motion to Seal (Dkt. 35) is GRANTED. Exhibit A to the United States' Motion In Limine shall remain under seal.

DATED this 9th day of December, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1
*United States v. Henderson,* 2:24-cr-00172-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970