Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRAEES HENDERSON,<br><br>Defendant. | No. 2:24-cr-00172-RAJ<br><br>JUDGMENT OF ACQUITTAL |

The defendant having been found not guilty in this case on December 18, 2024 by jury verdict, the defendant is hereby ACQUITTED of the charge contained in the Superseding Indictment.

This case is dismissed with prejudice.

DATED this 18th day of December, 2024.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

JUDGMENT OF ACQUITTAL – 1