The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDRAEES HENDERSON, <br><br> Defendant. | NO. 2:24-cr-00172-RAJ <br><br> ORDER GRANTING MOTION TO SEAL EXHIBITS |

Having considered the Government's Motion to Seal and because of the sensitive information contained in the admitted defense exhibit 203 and 204,

It is hereby ORDERED that the Motion to Seal (Dkt. 64) is GRANTED. The admitted defense exhibits 203 and 204 shall remain sealed.

DATED this 20th day of December, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Henderson* / 2:24-cr-00172 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970